# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLGA ABRAMOVA, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No. 1:21-cv-08091-LJL ) ) |
| THE EXONE COMPANY, S. KENT ROCKWELL, JOHN HARTNER, JOHN IRVIN, GREGORY F. PASHKE, WILLIAM F. STROME, ROGER W. THILTGEN, BONNIE K. WACHTEL, PAUL CAMUTI, DESKTOP METAL, INC., TEXAS MERGER SUB I, INC., and TEXAS MERGER SUB II, LLC, | ) ) ) ) ) ) ) ) ) |
|     Defendants. | ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 12, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
    Seth D. Rigrodsky
    Timothy J. MacFall
    Gina M. Serra
    Vincent A. Licata
    825 East Gate Boulevard, Suite 300
    Garden City, NY 11530
    (516) 683-3516
    sdr@rl-legal.com
    tjm@rl-legal.com
    gms@rl-legal.com
    vl@rl-legal.com

    *Attorneys for Plaintiff*